```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 14304
     STEPHANIE M WHITE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7590


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/04/2008 and was confirmed 08/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------------
BANK OF NEW YORK           CURRENT MORTG         .00           .00              .00
BANK OF NEW YORK           MORTGAGE ARRE    2684.90            .00           155.73
DELL FINANCIAL SERVICES    SECURED              .00            .00              .00
DELL FINANCIAL SERVICES    UNSECURED        1918.82            .00              .00
HSBC AUTO FINANCE          SECURED VEHIC   21107.00         487.28           237.87
HSBC AUTO FINANCE          UNSECURED         479.35            .00              .00
INTERNAL REVENUE SERVICE   PRIORITY         2940.00            .00              .00
CHICAGO P O EMP CR UN      UNSECURED       NOT FILED           .00              .00
CITY OF CHICAGO PARKING    UNSECURED          300.00           .00              .00
PORTFOLIO RECOVERY         UNSECURED         1139.38           .00              .00
PALLINO RECEIVABLES III,   UNSECURED         2137.00           .00              .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         1374.34           .00              .00
NORTHWEST CAPITAL          UNSECURED         2224.79           .00              .00
SIR FINANCE                UNSECURED         1564.00           .00              .00
INTERNAL REVENUE SERVICE   UNSECURED           29.20           .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      14.00            .00            14.00
HSBC BANK NEVADA NA        UNSECURED          835.30           .00              .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        3,500.00
TOM VAUGHN                 TRUSTEE                                            360.29
DEBTOR REFUND              REFUND                                             359.45

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             5,114.62

PRIORITY                                       14.00
SECURED                                       393.60
    INTEREST                                  487.28
UNSECURED                                        .00
ADMINISTRATIVE                              3,500.00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 14304 STEPHANIE M WHITE
```

```
TRUSTEE COMPENSATION                                              360.29
DEBTOR REFUND                                                     359.45
                                     ----------------     ----------------
TOTALS                                       5,114.62             5,114.62
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE